

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR2546-GT |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **CLAUDIO JUAREZ-MENDEZ,** | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing in this case be changed from November 5, 2008, at 9:00 a.m, to November 24, 2008, at 9:00 a.m.

**SO ORDERED.**

Dated: 10-30-08

HONORABLE GORDON THOMPSON, JR.
United States District Judge

08CR2546-GT